IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERLEY A. CHRISTIAN | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-3762 |
| CAROLYN W. COLVIN, | : |
| Acting Commissioner of Social Security | : |

## ORDER

AND NOW, this 25th day of January, 2017, upon consideration Plaintiff Shirley A. Christian's Request for Review (Dkt. No. 8) and Defendant the Commissioner of Social Security's response (Dkt. No. 9), and upon review of the entire record, it is ORDERED that plaintiff's request for review is DENIED and the decision of the Commissioner of Social Security is AFFIRMED. JUDGMENT IS ENTERED in favor of defendant Commissioner of Social Security and against plaintiff Shirley A. Christian.

The Clerk of Court shall mark this case CLOSED.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J